IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMATED TRANSACTIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-43-SLR |
| ) | |
| IYG HOLDING CO., 7-ELEVEN, INC., ) | |
| VCOM FINANCIAL SERVICES, INC. ) | |
| and CARDTRONICS USA, INC., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| AUTOMATED TRANSACTIONS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 10-691-SLR |
| ) | |
| IYG HOLDING CO., 7-ELEVEN, INC., ) | |
| VCOM FINANCIAL SERVICES, INC. ) | |
| and CARDTRONICS USA, INC., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 20th day of December, 2010, having reviewed the pending

motions to consolidate the above captioned cases;

IT IS ORDERED that said motions (D.I. 133, Civ. No. 06-43; D.I. 5, Civ. No. 10-

691) are denied, given the age and complexity of Civ. No. 06-43.

United States District Judge